# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| NICOLE LYNN DUNFEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:14-cv-00080 |
| v. ) | |
| ) | Judge Trauger |
| NANCY BERRYHILL,[1] ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The reference to the magistrate judge is **WITHDRAWN**.

For the reasons set forth in the accompanying Memorandum, Plaintiff Nicole Lynn Dunfee's Motion for Judgment on the Administrative Record (Docket No. 15) is **DENIED**, and the decision of the Social Security Administration is **AFFIRMED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

Entered this 31st day of July, 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] Nancy Berryhill became Acting commissioner for the Social Security Administration on January 23, 2017.